HAYWARD CLEVELAND, as Executor of CHARLOTTE HAY-WARD, Deceased, Appellant, *v.* MARY E. POMEROY et al., Respondents.

*Cleveland* v. *Pomeroy,* 71 App. Div. 620, affirmed.
(Argued January 27, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 22, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Charles S. Taber* and *George C. Case* for appellant.

*Walter S. Brewster* and *James H. Scrimgeour* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.

---

THE MCKEE LAND AND IMPROVEMENT COMPANY, Appellant, *v.* SAMUEL B. WILLIAMS, as Treasurer of the City of Rochester, Respondent.

*McKee Land & Improvement Co.* v. *Williams,* 63 App. Div. 553, affirmed.
(Argued January 28, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 8, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at an Equity Term.

*John Van Voorhis* and *William Butler Crittenden* for appellant.

*Charles J. Bissell* and *W. A. Sutherland* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.